(122 So. 313)

**A. J. GAY v. S. J. CUMMINGS. (5 Div. 11.)**

Supreme Court of Alabama. May 9, 1929.

Hooton & Moon, of Roanoke, for petitioner.
Vann & Parker, of Roanoke, opposed.

PER CURIAM. Petition of S. J. Gay for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Gay v. Cummings, 122 So. 313.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and FOSTER, JJ., concur.